UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)


In re:

                                            Case No. 09-65896

Olivia Marie, Inc.,                              Chapter 11

                                            Hon. Phillip J. Shefferly

        Debtor.

_____/


**SECOND ORDER EXTENDING DEADLINE
FOR FILING COMBINED PLAN AND DISCLOSURE
STATEMENT AND ADJOURNING HEARING ON CONFIRMATION**


On August 20, 2009, the Debtor filed this Chapter 11 case.  On September 30, 2009, the

Court entered a case management order.  The case management order set a deadline for the Debtor

to file a combined plan and disclosure statement by December 18, 2009.  On January 27, 2010, the

Debtor filed a second motion (docket entry no. 82) to extend the deadline until February 10, 2010

to file a combined plan and disclosure statement.  The Court held a hearing on the motion on

January 29, 2010, and has determined that there is good cause to extend the deadline for the Debtor

to file a combined plan and disclosure statement.  Accordingly,

    **IT IS HEREBY ORDERED** that the Debtor's motion is granted.

    **IT IS FURTHER ORDERED** that the deadline for the Debtor to file a combined plan and

disclosure statement is extended until **February 10, 2010**.

        a.    The deadline to return ballots on the plan, as well as to file objections to final
               approval of the disclosure statement and objections to confirmation of the
               plan, is **April 9, 2010**.  The completed ballot form shall be returned by mail
               to the Debtor's attorney: **Charles D. Bullock, Stevenson & Bullock, P.L.C.,
               26100 American Drive, Suite 500, Southfield, Michigan 48034.**

b.  The hearing on objections to final approval of the disclosure statement and confirmation of the plan shall be held on **April 16, 2010 at 11:00 a .m.**, before the Honorable Phillip J. Shefferly, in Room 1975, 211 West Fort Street, Detroit, Michigan 48226.

c.  The deadline for all professionals to file final fee applications is **May 17, 2010**.

**IT IS FURTHER ORDERED** that the Debtor's attorney shall serve this order upon all parties on the matrix within five (5) days from the date of entry of the order and file a proof of service with the Court evidencing same.

.

Signed on February 01, 2010

                                          /s/ Phillip J. Shefferly
                                     Phillip J. Shefferly
                                     United States Bankruptcy Judge