**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

IN THE MATTER OF:

Olivia Marie d/b/a Italmoda Furniture          Bankruptcy Case No. 09-65896
                                                         Honorable Phillip J. Shefferly

Debtor.                                                Chapter 11
_____/

## DEBTOR'S OBJECTION TO CLAIM NO. 2 FILED BY VITRA, INC.

**NOW COMES** Debtor, Olivia Marie d/b/a Italmoda Furniture ("Debtor"), by and through its counsel, Stevenson & Bullock, P.L.C., and hereby states as follows:

1. On August 20, 2009 Debtor filed a Petition under Chapter 11 of the Bankruptcy Reform Act of 1978, as Amended.

2. Claim No. 2 was filed by Vitra, Inc., as an unsecured claim in the amount of $15,956.80.

3. Claim No. 51 was filed by Vitra, Inc. on December 28, 2009 in the amount of $15,093.00.

4. Debtors object to Claim No. 2 as it was amended by Claim No. 51.

5. Pursuant to 11 U.S.C. § 502(b)(1), such claim is unenforceable against Debtors and property of Debtors, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured.

6. There is no legal or factual basis for the allowance of Claim No. 2.

**WHEREFORE**, the Debtors pray that this Honorable Court enter an Order Granting Debtors' Objection to Claim No. 2 of Vitra, Inc. in this matter, and deny and otherwise disallow Claim No. 2.

                                                           Respectfully submitted
                                                           Attorney for Debtors

                                                           /s/ Sonya N. Goll P61136
                                                           Stevenson & Bullock, P.L.C.
                                                           26100 American Dr.., Ste. 500
                                                           Southfield, MI 48034
Dated:     February 10, 2010             (248)354-7906 ext. 2234
                                                           sgoll@sbplclaw.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

**IN THE MATTER OF:**
Olivia Marie d/b/a Italmoda Furniture         Bankruptcy Case No. 09-65896
                                              Honorable Phillip J. Shefferly
Debtor.                                       Chapter 11
_____/

**ORDER GRANTING DEBTORS' OBJECTION TO
CLAIM NO. 2 FILED BY VITRA, INC.**

This matter having come before this Honorable Court based upon the Debtors' Objection to Claim No. 2 of Vitra, Inc., no response having been filed to the Debtors' Objection; or any filed responses having been resolved; notice having been provided properly and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Claim No. 2 filed by Vitra, Inc. is DENIED and DISALLOWED;

**IT IS HEREBY ORDERED** that Vitra, Inc. is not entitled to any distribution in the underlying bankruptcy case.

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

IN THE MATTER OF:
Olivia Marie d/b/a Italmoda Furniture　　　　　Bankruptcy Case No. 09-65896
　　　　　　　　　　　　　　　　　　　　　　Honorable Phillip J. Shefferly
　　Debtor.　　　　　　　　　　　　　　　　　Chapter 11
_____/

**NOTICE OF DEBTORS' OBJECTION TO CLAIM NO2 FILEDBY VITRA, INC.**

　　Debtor, Olivia Marie d/b/a Italmoda Furniture, by and through its counsel, Stevenson & Bullock, P.L.C. have filed an objection to Claim No. 2 filed by Vitra, Inc. in this bankruptcy case.
　　**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**
　　If you do not want the court to deny or change your claim, then on or before the 17th day of March, 2010 you or your attorney must:
　1.　　File with the court a written response* to the objection, explaining your position at:

　　United States Bankruptcy Court, 211 W. Fort Street, 17th Floor, Detroit, Michigan 418226

　　If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must mail a copy to:

| Sonya N. Goll<br>Stevenson & Bullock, P.L.C.<br>29200 Southfield Rd., Suite 210<br>Southfield, MI 48076 | Office of the United States Trustee<br>211 W. Fort Street, Suite 700<br>Detroit, MI 48226 |
|---|---|

　　2. Attend the hearing on the objection, scheduled to be held on the 26th day of March, 2010 at 11:00 a.m. in the Courtroom for Honorable Steven W. Rhodes, United States Bankruptcy Court, 211 W. Fort St., Detroit, Michigan, unless your attendance is excused by mutual agreement between your self and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)
　　**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors

　　　　　　　　　　　　　　　　　　　　　　/s/  Sonya N. Goll (P61136)
　　　　　　　　　　　　　　　　　　　　　　Stevenson & Bullock, P.L.C.
　　　　　　　　　　　　　　　　　　　　　　26100 American Dr.., Ste. 500
　　　　　　　　　　　　　　　　　　　　　　Southfield, MI  48034
Dated:　　February 10, 2010　　　　　　　　(248)354-7906 ext. 2234
　　　　　　　　　　　　　　　　　　　　　　sgoll@sbplclaw.com

*Response must comply with FED. R. CIV. P. 8(b), (c) and (e).