**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

**IN THE MATTER OF:**
Olivia Marie d/b/a Italmoda Furniture     Bankruptcy Case No. 09-65896
                                          Honorable Phillip J. Shefferly
Debtor.                                   Chapter 11
_____/

### DEBTOR'S OBJECTION TO CLAIM NO. 7 FILED BY AMBIENTE & DESIGN, INC.

**NOW COMES** Debtor, Olivia Marie d/b/a Italmoda Furniture ("Debtor"), by and through its counsel, Stevenson & Bullock, P.L.C., and hereby states as follows:

1. On August 20, 2009 Debtor filed a Petition under Chapter 11 of the Bankruptcy Reform Act of 1978, as Amended.

2. Claim No. 7 was filed by Ambiente & Design, Inc., (hereinafter referred to as "Claim No. 7") as an unsecured claim in the amount of $12,968.78.

3. Claim No. 7 attaches supporting documentation which totals $5,582.68.

4. Debtor's attorney contacted Creditor's representative on multiple occasions to have the claim amended to no avail.

4. Debtor objects to Claim No. 7.

5. Pursuant to 11 U.S.C. § 502(b)(1), such claim is unenforceable against Debtor and property of Debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured.

6. There is no legal or factual basis for the allowance of Claim No. 7 in the amount claimed.

22. Debtors request that this Honorable Court reduce the unsecured claim amount of Claim No. 7 to $5,582.68.

**WHEREFORE**, the Debtor prays that this Honorable Court enter an Order Granting Debtor's Objection to Claim No. 7 of Ambiente & Design, Inc. in this matter, and reduce Claim No. 7 to $5,582.68.

Respectfully submitted

Attorney for Debtors

/s/ Sonya N. Goll P61136
Stevenson & Bullock, P.L.C.
26100 American Dr.., Ste. 500
Southfield, MI 48034
Dated: February 25, 2010    (248)354-7906 ext. 2234
sgoll@sbplclaw.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

**IN THE MATTER OF:**
Olivia Marie d/b/a Italmoda Furniture             Bankruptcy Case No. 09-65896
                                                  Honorable Phillip J. Shefferly
Debtor.                                           Chapter 11
_____/

**ORDER GRANTING DEBTOR'S OBJECTION TO
CLAIM NO. 7 FILED BY AMBIENTE & DESIGN, INC.**

This matter having come before this Honorable Court based upon the Debtor's Objection to Claim No. 7 of Ambiente & Design, Inc., no response having been filed to the Debtor's Objection; or any filed responses having been resolved; notice having been provided properly and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Claim No. 7 filed Ambiente & Design, Inc. is reduced to $5,582.68.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN THE MATTER OF:
Olivia Marie d/b/a Italmoda Furniture　　　　　Bankruptcy Case No. 09-65896
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Phillip J. Shefferly
　　　Debtor.　　　　　　　　　　　　　　　　　Chapter 11
_____/

**NOTICE OF DEBTOR'S OBJECTION TO CLAIM NO. 7 FILED BY AMBIENTE & DESIGN, INC.**

　　　Debtor, Olivia Marie d/b/a Italmoda Furniture, by and through its counsel, Stevenson & Bullock, P.L.C. have filed an objection to Claim No. 7 filed Ambiente & Design, Inc. in this bankruptcy case.

　　　**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

　　　If you do not want the court to deny or change your claim, then on or before the 26th day of March, 2010 you or your attorney must:

1.　　　File with the court a written response* to the objection, explaining your position at:

United States Bankruptcy Court, 211 W. Fort Street, 17th Floor, Detroit, Michigan 418226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must mail a copy to:

| Sonya N. Goll<br>Stevenson & Bullock, P.L.C.<br>29200 Southfield Rd., Suite 210<br>Southfield, MI 48076 | Office of the United States Trustee<br>211 W. Fort Street, Suite 700<br>Detroit, MI 48226 |

　　　2. Attend the hearing on the objection, scheduled to be held on the 2nd day of April, 2010 at 11:00 a.m. in the Courtroom for Honorable Phillip J. Shefferly, United States Bankruptcy Court, 211 W. Fort St., Detroit, Michigan, unless your attendance is excused by mutual agreement between your self and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

　　　**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors

　　　　　　　　　　　　　　　　　　　　　　　/s/ Sonya N. Goll (P61136)
　　　　　　　　　　　　　　　　　　　　　　　Stevenson & Bullock, P.L.C.
　　　　　　　　　　　　　　　　　　　　　　　26100 American Dr.., Ste. 500
　　　　　　　　　　　　　　　　　　　　　　　Southfield, MI 48034
Dated:　February 25, 2010　　　　　　　　　(248)354-7906 ext. 2234
　　　　　　　　　　　　　　　　　　　　　　　sgoll@sbplclaw.com

*Response must comply with F<small>ED</small>. R. C<small>IV</small>. P. 8(b), (c) and (e).