UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLIVIA MARIE d/b/a ITALMODA FURNITURE, | ) | Case No. 09-65896 |
| | ) | |
| Debtor. | ) | Hon. Phillip J. Shefferly |
| | ) | |

**STIPULATION FOR ENTRY OF ORDER RESOLVING DEBTOR'S OBJECTION TO CLAIM NO. 54 FILED BY J&J FINE FURNITURE DELIVERY SERVICES**

Olivia Marie d/b/a Italmoda Furniture and J&J Fine Furniture Delivery Services, by and through their undersigned counsel, hereby stipulate to the form, substance and entry of the attached Order Resolving Debtor's Objection to Claim No. 54 Filed by J&J Fine Furniture Delivery Services.

Agreed:

GOLD, LANGE & MAJOROS, P.C.      STEVENSON & BULLOCK, P.L.C.

/s/ Hannah Mufson McCollum       /s/ Sonya N. Goll
HANNAH MUFSON MCCOLLUM (P67171)  SONYA N. GOLL (P61136)
Attorneys for J&J Fine Furniture Delivery  Attorneys for the Debtor
Services                   29200 Southfield Rd., Suite 210
24901 Northwestern Hwy., Suite 444   Southfield, MI 48076
Southfield, MI 48075         (248)423-8200 ext 235
(248) 350-8220            sgoll@sbplclaw.com
hmccollum@glmpc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLIVIA MARIE d/b/a ITALMODA FURNITURE, | ) | Case No. 09-65896 |
| | ) | |
| Debtor. | ) | Hon. Phillip J. Shefferly |
| | ) | |

### ORDER RESOLVING DEBTOR'S OBJECTION TO CLAIM NO. 54 FILED BY J&J FINE FURNITURE DELIVERY SERVICES

This matter having come before the Court on the stipulation (the "Stipulation"), by and between Olivia Marie d/b/a Italmoda Furniture (the "Debtor") and J&J Fine Furniture Delivery Services ("J&J") for Entry of Order Resolving Debtor's Objection to Claim No. 54 Filed by J&J Fine Furniture Delivery Services (the "Objection") and Claim Nos. 53 and 54 filed by J&J (collectively, the "Claim"); and the Debtor and J&J having negotiated at arm's length and in good faith, and agreed to the following; and the Court being fully advised in the premises and finding good cause to grant the relief below;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Claim Nos. 53 and 54, filed by J&J against the Debtor, are hereby withdrawn.

2. The Objection is hereby withdrawn.

3. The hearing currently set for March 12, 2010 at 11:00 a.m. to consider the Claim and the Objection is cancelled.

4. J&J waives any and all claims against the Debtor, its principals, and the estate.

5. The Debtor and the estate waive any and all claims against J&J and its principals, including any and all claims related to furniture damage.

6. Each party shall bear its own costs and fees.

## EXHIBIT 1