**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**IN THE MATTER OF:**

Olivia Marie, Inc.,                         Bankruptcy Case No. 09-65896
                                                   Honorable Phillip J. Shefferly

       Debtor.                              Chapter 11
_____/

## NOTICE OF E.D. Mich. LBR 1009-1(d)

The Debtor, Olivia Marie, Inc., by and through its counsel Stevenson & Bullock, P.L.C., have filed papers with the Court to amend its Schedule E to include an inadvertently omitted creditor. Pursuant to L.B.R. 1009-1(d), creditors being added by the Debtor are automatically granted extensions of time to take actions in the bankruptcy case. E.D. Mich. LBR 1009-1(d) provides as follows:

**(d) Adding an Omitted Creditor After 10 Days Prior to the Meeting of Creditor.**

   (1) If an amendment adding a creditor is made after 10 days before the commencement of the meeting of creditors, then:

       (1) The deadlines under F.R. Bankr.P. 4007 and F.R.Bankr. P. 4004 for the filing of complaints under § 523 or § 727, respectively, and the deadline under F.R.Bankr.P. 4003(b) to object to the debtor's claim of exemptions are extended to allow the added creditor the same number of days in which to file such a complaint or objection as the creditor would have had if the creditor had been property scheduled when the order for relief was entered;

       (2)   The creditor added by the amendment shall be entitled to examine the debtor under oath with any reasonable expense to be borne by the debtor; and

       (3)   The debtor shall serve the amended document, a notice containing a copy of paragraph (d) of this rule and a copy of the notice of commencement on the added creditor and file a certificate of service.

                                                  Respectfully submitted,

                                                  /s/ Sonya N. Goll (P61136)
                                                  Stevenson & Bullock, P.L.C.
                                                  Attorney for the Debtor
                                                  26100 American Drive, Suite 500
                                                  Southfield, MI 48034
                                                  (248) 354-7906
                                                  sgoll@sbplclaw.com

Dated: February 16, 2010