**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

Olivia Marie d/b/a Italmoda Furniture,          Bankruptcy Case No.  09-65896
                                                Honorable Phillip J. Shefferly
                                                Chapter 11

                              Debtor.

_____/

**CERTIFICATE OF NO RESPONSE TO DEBTOR'S OBJECTION TO CLAIM**
**NUMBER 2 FILED BY VITRA, INC.**

   **NOW COMES** the Debtor, Olivia Marie d/b/a Italmoda Furniture ("Debtor"), by and

through its counsel, Stevenson & Bullock, P.L.C. ("Applicant"), and states as follows:

   1.    Applicant prepared and filed Objection to Claim Number 2 Filed by Vitra, Inc.

for the Debtor in this matter, Notice of Objection and a Proof of Service for such pleadings

was served on all necessary parties on the 11th day of February, 2010.

   2.    As of this date, no objection has been filed to the Notice nor has a Hearing been

held regarding Debtor's Notice with the Court.

   3.    The deadline to object or otherwise respond was 17th day of March, 2010.

Applicant submits that no objection or response was filed.

   **WHEREFORE,** Applicant prays that this Honorable Court enter an Order Granting

Debtor's Objection to the claim listed above.

                                          Respectfully submitted:


                                          /s/ Sonya N. Goll (P61136)
                                          STEVENSON & BULLOCK, PLC
                                          26100 American Drive, Suite 500
                                          Southfield, MI  48034
                                          (248) 354-7906
                                          sgoll@sbplclaw.com


Dated:  March 18, 2010