**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**IN THE MATTER OF:**
Olivia Marie d/b/a Italmoda Furniture        Bankruptcy Case No. 09-65896
                                             Honorable Phillip J. Shefferly
Debtor.                                      Chapter 11
_____/

**ORDER GRANTING DEBTORS' OBJECTION TO**
**CLAIM NO. 2 FILED BY VITRA, INC.**

This matter having come before this Honorable Court based upon the Debtors' Objection to Claim No. 2 of Vitra, Inc., no response having been filed to the Debtors' Objection; or any filed responses having been resolved; notice having been provided properly and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Claim No. 2 filed by Vitra, Inc. is DENIED and DISALLOWED;

**IT IS HEREBY ORDERED** that Vitra, Inc. is not entitled to any distribution in the underlying bankruptcy case.

.

`Signed on March 19, 2010`

                                              `___ _/s/ Phillip J. Shefferly _ __`
                                              `Phillip J. Shefferly`
                                              `United States Bankruptcy Judge`